FILED
CLERK, U.S. DISTRICT COURT

MAR 2 2 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 13-00168-AG |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| MANUEL HERNANDEZ, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*nature of current allegations, including use of illegal drugs; substantial criminal history with multiple felony drug convictions and parole violations*

1    and

2    B. ( X ) The defendant has not met his burden of establishing by clear and convincing

3    evidence that he is not likely to pose a danger to the safety of any other person or the

4    community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

5    C. *nature of current allegations, including use of illegal drugs; substantial criminal history with*

6    *multiple felony drug convictions and parole violations*

9    IT THEREFORE IS ORDERED that the defendant be detained pending further

10   revocation proceedings.

12   Dated: _March 22, 2018_

JOHN D. EARLY
United States Magistrate Judge